AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>TERICA TANEISHA ELLIS<br><br>Defendant(s) | Case No.   4:20 MJ 7194 SPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 14, 2016   in the county of   City of St. Louis   in the
Eastern District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1958 | CT. 1 - Conspiracy to Use Interstate Commerce Facilities in Commission of Murder-for-Hire, resulting in death |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher Faber, Special Agent, FBI
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   07/08/2020

*Judge's signature*

City and state:   St. Louis, Missouri           Honorable Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*