UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   4:20MJ7194 SPM |
| v. | ) | |
| | ) | |
| TERICA TANEISHA ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Brocca L. Morrison enters her

appearance as appointed counsel of record for the Defendant Terica

Taneisha Ellis replacing all counsel who have previously appeared on behalf

of the Defendant.

Respectfully submitted,

/s/Brocca L. Morrison
BROCCA L. MORRISON   56093 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Brocca_Smith@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 08/18/2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.


/s/ Brocca L. Morrison
BROCCA L. MORRISON    56093 MO