

U.S. Department of Justice

United States Attorney
Eastern District of Missouri

---

*Gwendolyn Carroll*  *Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*Assistant United States Attorney*  *111 S. 10th Street, Rm. 20.333*  DIRECT: 314-539-7622
 *St. Louis, MO 63102*  FAX: 314-539-2188

August 18, 2020

Mr. Gregory Linhares, Clerk
United States District Court
111 South 10th Street
St. Louis, Missouri 63102

 Re: **4:20 MJ 7194 SPM**

Dear Mr. Linhares:

The above complaint was ordered suppressed.

The United States Attorney's Office has determined there is no longer a reason to seal said complaint, and therefore, the suppression of the complaint may be lifted. It is, therefore, requested that such be done.

 JEFFREY B. JENSEN
 United States Attorney


 *s/Gwendolyn Carroll*
 GWENDOLYN CARROLL
 Assistant United States Attorney